IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHEAL JOYCE                                                                                           PLAINTIFF

v.                                        Civil No. 6:19-CV-06135

HOT SPRING COUNTY JAIL                                                                  DEFENDANT

## ORDER

    Before the Court is the Report and Recommendation filed February 7, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7.) Judge Bryant notes Plaintiff failed to file to comply with a Court Order (ECF No. 6) directing him to file an amended complaint before January 27, 2020, and recommends the case be dismissed without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute this case.

    No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). On February 25, 2020, Plaintiff's mail was returned to the Clerk of Court marked, "Return to Sender, not deliverable as addressed." (ECF No. 8.)

    Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint should be and hereby is DISMISSED WITHOUT PREJUDICE.

    **IT IS SO ORDERED**, this 20th day of May 2020.

.

/s/Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE